DAVID P. ELDER (SBN 171510)
DANNY Y. YOO (SBN 251574)
dyoo@housingrightscenter.org
HOUSING RIGHTS CENTER
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
TEL: (213) 387-8400
FAX: (213) 381-8555

JS-6

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RODRIGUEZ,   ) | CASE NO. CV09-8939 GW (JCx) |
| ) | |
| Plaintiff,   ) | [The Honorable George H. Wu] |
| ) | |
| vs.   ) | **JUDGMENT** |
| ) | |
| ROXROY C. MORGAN,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

In the matter of *Rodriguez v. Morgan*, Case No. CV-09-8939 GW (JCx), upon hearing the evidence and testimony, reviewing the pleadings, and considering the arguments of counsel, the Court finds as follows:

Plaintiff succeeds as to her Fair Housing Acts Amendments, California Fair Employment and Housing, and California Disabled Persons Act causes of action;

Plaintiff is awarded the statutory amount of $1,000 under the Disabled Persons Act; and

1  Plaintiff is awarded attorneys' fees and costs which is to be determined upon
2  application of Plaintiff's counsel.

5  Dated: February 2, 2012

  *[signature: George H. Wu]*

  THE HONORABLE GEORGE H. WU
  UNITED STATES DISTRICT JUDGE