DAVID ELDER (SBN 171510)
DANNY Y. YOO (SBN 251574)
dyoo@housingrightscenter.org
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
TEL: (213) 387-8400
FAX: (213) 381-8555

**CLOSED**

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>ROXROY C. MORGAN,<br><br>  Defendants | Case No. CV 09-8939-GW(JCx)<br><br>[The Honorable George H. Wu]<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS** |

After considering all the papers, arguments of counsel, and all other matters presented to the Court in connection herewith, and having given due consideration to this matter, the Court finds the following:

1. The number of hours spent was reasonable;
2. The attorneys' rates were reasonable;
3. Using the lodestar method, Plaintiff's counsel requested $68,260.00 in

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS

attorneys' fees;

4. The Court, in its discretion, awards 50% of the requested fees, or **$34,130.00**;

5. The Court awards all costs, or **$2,173.06**;

6. The Court awards an additional hour of fees for counsel Danny Yoo's appearance at the hearing at his current rate **$350.00**.

7. The Court awards a total of **$36,653.06** to Plaintiff.

Dated: March 15, 2012

_____
The Honorable George H. Wu
United States District Court Judge